1

2

3

4                      UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7    CYNTHIA HOPSON,                    No. 2:14-cv-02988-GEB-DAD

8              Plaintiff,

                                        **ORDER CONTINUING STATUS**
9       v.                              **(PRETRIAL SCHEDULING)**
                                        **CONFERENCE; FED. R. CIV. P. 4(M)**
10   LA CONTENTA PLAZA, a               **NOTICE**
     California Limited
11   Partnership; MARK TWAIN
     ST. JOSEPH'S HEALTHCARE
12   CORPORATION, dba Family
     Medical Center Valley
13   Springs; GERALD WALK, dba
     Pizza Factory; CAROL WALK,
14   dba Pizza Factory; and DOES
     1-10, inclusive,
15
               Defendants.
16

17

18        This case is not ready to be scheduled. Therefore, the

19   Status (Pretrial Scheduling) Conference scheduled for hearing on

20   March 9, 2015, is continued to June 22, 2015, at 9:00 a.m. A

21   joint status report shall be filed no later than fourteen (14)

22   days prior to the Status Conference.

23        Further, Plaintiff is notified under Rule 4(m) of the

24   Federal Rules of Civil Procedure that failure to serve

25   Defendants Gerald Walk and Carol Walk with process within the 120

26   day period prescribed in that Rule may result in the unserved

27   defendants being dismissed. To avoid dismissal, on or before May

28   1, 2015, Plaintiff shall file proof of service for these

                                   1

1  defendants  or  a  sufficient  explanation  why  service  was  not

2  completed within Rule 4(m)'s prescribed service period.

3        IT IS SO ORDERED.

4  Dated:  March 4, 2015

5

6  _____

7  GARLAND E. BURRELL, JR.
   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28