1  DANIEL MALAKAUSKAS, SBN 265903
2  P.O. Box 7006
   Stockton, CA 95267
3  Telephone: 866-790-2242

4  Attorney for Plaintiff:
5  **Cynthia Hopson**

6  Brian R. Chavez-Ochoa, SBN 190289
   **CHAVEZ-OCHOA LAW OFFICES, INC.**
7  4 Jean Street, Suite 4
8  Valley Springs, CA 95252
   Telephone: 619-515-1140
9

10 Attorneys for Defendant:
   **La Contenta Plaza, A California Limited Partnership**
11

12 Elizabeth B. Stallard, SBN 221445
   **DOWNEY BRAND LLP**
13 621 Capitol Mall, 18th Floor
   Sacramento, CA 95814-4731
14 Telephone: (916) 444-1000

15
   Attorney for Defendants:
16 **Mark Twain St. Joseph's Healthcare Corporation**

17                       **UNITED STATES DISTRICT COURT**
18          **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
19

| | |
|---|---|
| | **CASE NO.: 2:14-cv-02988-GEB-CKD** |
| **CYNTHIA HOPSON**, | **STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF** |
| PLAINTIFF, | |
| v. | |
| **LA CONTENTA PLAZA, A CALIFORNIA LIMITED PARTNERSHIP**, **MARK TWAIN ST. JOSEPH'S HEALTHCARE CORPORATION**, dba Family Medical Center Valley Springs, **GERALD WALK**, dba Pizza Factory, **CAROL WALK**, dba Pizza Factory, and DOES 1-10, inclusive, | |
| DEFENDANTS. | |

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**

1

**LET THIS HONORABLE COURT TAKE NOTICE:**

The parties, through their counsel, respectfully report to the Court that they have conferred regarding the status conference, currently scheduled for June 22nd, 2015. The parties stipulate to a continuance of the status conference to July 13th, 2015, or as soon thereafter, on account of plaintiff's counsel being in mediation on the currently scheduled date.

**IT IS HEREBY STIPULATED.**

Dated: June 8th, 2015                               Respectfully submitted,

                                                                    /s/Daniel Malakauskas_____
                                                                    By Daniel Malakauskas,
                                                                    Attorney for Plaintiff,
                                                                    Cynthia Hopson


Dated: June 8th, 2015                               /s/Brian Chavez-Ochoa_____
                                                                    Brian Chavez-Ochoa,
                                                                    Attorneys for Defendant,
                                                                    La Contenta Plaza, a California Limited
                                                                    Partnership


Dated: June 8th, 2015                               /s/Elizabeth Stallard_____
                                                                    Elizabeth Stallard,
                                                                    Attorney for Defendant,
                                                                    Mark Twain St. Joseph's Healthcare
                                                                    Corporation

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**

**ORDER**

**IT IS HEREBY ORDERED**, that the status conference is continued from June 22nd 2015 until July 22, 2015, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

Dated:  June 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**

3