UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA CONTENTA PLAZA, a California Limited Partnership; MARK TWAIN ST. JOSEPH'S HEALTHCARE CORPORATION, dba Family Medical Center Valley Springs; GERALD WALK, dba Pizza Factory; CAROL WALK, dba Pizza Factory; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | No.　2:14-cv-02988-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

　　　　The Joint Status Report filed July 6, 2015 ("JSR"), reveals this case is not ready to be scheduled. Although Proofs of Service of Summons were filed for Defendants Gerald Walk and Carol Walk on May 1, 2015, (ECF Nos. 10, 11), the parties state in the JSR: "Defendants have brought to Plaintiff's attention[] that Gerald Walk and Carol Walk have not been properly served. Plaintiff is in the process of serving such Defendants." (JSR 2:4-5, ECF No. 16.)

　　　　Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 20, 2015, is continued to August 31, 2015, at 9:00 a.m. A further joint status report shall be

1

filed no later than fourteen (14) days prior to the Status Conference.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants Gerald Walk and Carol Walk with process no later than July 31, 2015, may result in the unserved defendant(s) being dismissed. To avoid dismissal, on or before August 3, 2015, Plaintiff shall file proof of service for these defendants or a sufficient explanation why service was not completed as ordered.

IT IS SO ORDERED.

Dated:  July 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge