UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>            Plaintiff,<br><br>      v.<br><br>LA CONTENTA PLAZA, a California Limited Partnership; MARK TWAIN ST. JOSEPH'S HEALTHCARE CORPORATION, dba Family Medical Center Valley Springs; GERALD WALK, dba Pizza Factory; CAROL WALK, dba Pizza Factory; and DOES 1-10, inclusive,<br><br>            Defendants. | No.  2:14-cv-2988 GEB KJN (TEMP)<br><br><br>ORDER |

On October 6, 2015, defendant La Contenta Plaza, a California Limited Partnership, filed a motion to compel and request for sanctions in the amount of $990, in light of plaintiff's failure to respond to discovery requests.  (Dkt. No. 25.)  That motion was noticed for hearing on October 30, 2015, before the previously assigned Magistrate Judge.

On October 16, 2015, plaintiff filed a statement of non-opposition to defendant's motion, except that plaintiff requested that the sanction amount be reduced to $840, in light of the fact that defendant's request for $990 was premised on defense counsel's time spent attending the hearing on the motion to compel.  (Dkt. No. 29.)  In this regard, plaintiff argues that "such hearing is superfluous since Plaintiff is not opposing the motion."  (Id. at 2.)

1

On October 21, 2015, the hearing of defendant's motion was vacated, (Dkt. No. 31), and on November 6, 2015, this matter was temporarily assigned to the undersigned. (Dkt. No. 33.) In light of plaintiff's non-opposition, defendant's motion to compel and request for sanctions will be granted.[1]

Accordingly, upon consideration of the arguments on file, IT IS HEREBY ORDERED that:

1. Defendant's October 6, 2015 motion to compel and award sanctions (Dkt. No. 25) is granted;

2. Plaintiff shall produce responses to the discovery at issue within 21 days of the date of this order; and

3. Plaintiff shall pay sanctions to defendant in connection with the bringing of the motion in the amount of $840 within thirty days of the date of this order.

Dated: November 16, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hopson2988.mtc.grt.docx

---

[1] Counsel for defendant has informed the court that defendant does not oppose plaintiff's request for sanctions in the amount of $840.